IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CORRINA DODD, individually,  )
and on behalf of others      )
similarly situated,          )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    2:13cv276-MHT
                             )        (WO)
JOHN KNOX MANOR II,          )
                             )
    Defendant.               )
```

## JUDGMENT

Pursuant to the joint stipulation of judgment (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Corrina Dodd and against defendant John Knox Manor II (a/k/a John Knox Manor, Inc.).

(2) Plaintiff Dodd shall have and recover from defendant John Knox Manor II (a/k/a John Knox Manor, Inc.) the sum of $18,806.72.

It is further ORDERED that no costs are taxed.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of July, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE